UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

**CHERRY WEST**                                                                               **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 5:15-CV-224-GNS**

**BRANCH BANKING & TRUST et al.**                                       **DEFENDANTS**

## MEMORANDUM OPINION

Plaintiff, Cherry West, unrepresented by counsel, initiated this action by filing a complaint in this Court. She asked for an extension of time in which to pay the filing fee based on financial hardship and upcoming surgery.

On October 28, 2015, the Court ordered that within 45 days Plaintiff either pay the $400 filing fee or complete and return a non-prisoner application to proceed without prepayment of fees. The Clerk of Court was directed to send to Plaintiff a non-prisoner application to proceed without prepayment of fees form and instructed Plaintiff that, should she demonstrate that paying the filing fee would cause undue hardship, the filing fee requirement would be waived for this case. That Order also warned Plaintiff that failure to comply with this Order within the time allotted would result in dismissal of this action.

More than 45 days have passed without Plaintiff either paying the filing fee or filing an application to proceed without prepayment of fees. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626,

2

630 (1962).  Therefore, by separate Order, the Court will dismiss the instant action.  *See* Fed. R. Civ. P. 41(b) (governing involuntary dismissal).

Date: January 15, 2016

Greg N. Stivers, Judge
United States District Court

cc: Plaintiff, *pro se*
4416.009

2